

FILED BY ___CGA___

Deputy Clerk

Jun 1, 2017

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

United States District Court

Southern District OF Florida

CASE NO.:17-cv-14163-MARRA

Regarding the aforementioned  case;

No original document bearing my signature was included.

I do not recollect owing this money;

I have not received a certified communication concerning

this matter prior to being served with the court documents on

May 11th, nor any offer to resolve this issue should it prove

to be valid, even though this allegation dates back to 1981.

I respectfully ask the Court to dismiss this case due to a

lack of documentation or evidence bearing my signature.

sincerely,

Charles Gaines jr.
508 S.E. Chapman Ave.

PSL. Florida,34984
May 28, 2017.

cc: The Court

Attorney

The Glerks Office

C. Gaines, Jr.
08 SE Chapman Ave.
P.S.L., Fl. 34984

WEST PALM BCH FL 334
30 MAY 2017 PM 5 L

34950-420901

FEDERAL COURTHOUSE
101 US 1 HWY.
FT. PIERCE, Fl. 34950
Att. U.S. District COURT