July 31, 2017

Honorable Judge Marra
Dear Sir,

I have received a copy of a letter from the opposing attorneys stating that I have not formally answered the complaint. While I am not entirely sure what constitutes a formal answer, Your Honor is surely aware that I have corresponded with the court and denied the claim and also I have stated that no documents with my signature have been entered into evidence, to my knowledge. I again request that this matter be dismissed for a lack of sufficient evidence.

Sincerely,
Charles Gaines Z.
Case # 17-14163-CIV Marra

FILED by ___ D.C.
AUG - 4 2017
STEVEN M. LARIMORE
CLERK



Charles Gaines Jr.
508 SE Chapman Ave
PSL, FL. 34984

WEST PALM BCH FL 334
01 AUG 2017 PM 1 L

RECEIVED

USMS INSPECTED

United States District Court
Southern District of Florida
Office of the Clerk – Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716

33128-771699